```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    18 Cr. 41 (DLC)
 UNITED STATES OF AMERICA                 :
                                          :         ORDER
             -v-                          :
                                          :
 SEAN JONES,                              :
                                          :
                         Defendant.       :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On January 19, 2021, defendant Sean Jones wrote to the Court to request assistance with filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 in light of the Supreme Court's decision in United States v. Davis, 139 S.Ct. 2319 (2019).  Jones additionally may be requesting assistance filing a petition for compassionate release due to the COVID-19 pandemic pursuant to 18 U.S.C. § 3582(c)(1)(A).  Accordingly, it is hereby

ORDERED that C.J.A. counsel Grainne Elizabeth O'Neill is appointed to represent the defendant in making a petition for a writ of habeas corpus and/or compassionate release.

IT IS FURTHER ORDERED that the newly assigned C.J.A. attorney and the Government shall by **February 17, 2021** suggest a schedule for the submission of Jones' petition or other appropriate motion, the Government's response, and Jones' reply, if any.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Jones a copy of this Order and note mailing on the docket.

Dated:   New York, New York
         February 11, 2021

_____
DENISE COTE
United States District Judge