

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2021

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



      Re:    *United States v. Sean Jones*, 18 Cr. 41 (DLC)

Dear Judge Cote:

      The Government writes, on behalf of the parties, in response to the Court's February 11, 2021 order. (*See* Doc. No. 484.) The parties have conferred and propose the following schedule for the filing of any petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 and/or motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1) on behalf of defendant Sean Jones:

      (1) Defendant's submission due on March 30, 2021;
      (2) Government's response due on April 13, 2021; and,
      (3) Defendant's reply due on April 20, 2021.

After consulting with defense counsel, the Government requested that the Bureau of Prisons provide any administrative requests for a sentence reduction that the defendant may have submitted (and any responses thereto) as well as the defendant's medical records, which may be relevant to any motion for a sentence reduction. The Government will promptly produce those materials to defense counsel upon receipt.

```
The proposed schedule
governs.
Dated: February 16, 2021
```

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

```
_____
      DENISE COTE
United States District Judge
```

by:  /s/ Justin V. Rodriguez
     Justin V. Rodriguez
     Assistant United States Attorney
     (212) 637-2591

cc:     Grainne O'Neill, Esq. (by email)