**O'NEILL / HASSEN**  Attorneys at Law

April 1, 2021

VIA ECF
Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



RE: *United States v. Sean Jones,* 18 Cr. 41 (DLC)

Dear Judge Cote:

    I was appointed to represent Sean Jones in the above-captioned case. I have been in communication with Mr. Jones, but we need more time to determine whether we will be filing a compassionate release motion. As the Court is undoubtedly aware communication in prison has been delayed due to the COVID-19 pandemic. I respectfully request an adjournment of the deadlines for 90 days. This will allow me to continue to consult with Mr. Jones and to determine what if any motions are appropriate. The government consents to this request.

    The new deadlines proposed deadlines are as follows:

        Defense submission: July 1, 2021
        Government response: July 15, 2021
        Defense reply: July 22, 2021

    I thank the Court for its consideration of this request.

```
Granted. The proposed schedule governs.
Dated: April 1, 2021
```

Kind regards,

/s/

Grainne E. O'Neill

_____
DENISE COTE
United States District Judge

1 / P (646) 808-0997    4 / www.oandh.net
2 / F (212) 203-1858    5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net   6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA