**O'NEILL / HASSEN**                                    Attorneys at Law

July 13, 2021

VIA ECF
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Sean Jones*, 18 Cr. 41 (DLC)

Dear Judge Cote:

I was appointed to represent Mr. Jones for the purposes of potentially filing a compassionate release motion. I have requested records from several agencies which are still pending. I request an adjournment of approximately 6 months to file the compassionate release motion. This delay is necessary in order to gather records.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

*The appointment in February was for purposes of filing a habeas petition and/or motion for compassionate release. This request for a 6 month adjournment is denied. The March 30th deadline was extended on April 1 to July 1. Defense counsel shall file her motion/s by July 28 or explain what additional records she needs and the steps she has taken to obtain them.*

*Denise Cote*
*July 13, 2021*

1 / P (646) 808-0997     4 / www.oandh.net
2 / F (212) 203-1858     5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net    6 / 9213 2C82 E6F0 93EA 0673 EA30 C7EB 7E03 1B1B 82FA