# O'NEILL / HASSEN

Attorneys at Law

July 28, 2021

VIA ECF and Email
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St
New York, NY 10007

RE: *United States v. Sean Jones,* 18 Cr. 41 (DLC)

Dear Judge Cote:

    I represent Sean Jones in the above-captioned matter for the purposes of making a petition for a writ of habeas corpus and/or an application for compassionate release. I am writing to inform the Court that after consultation with Mr. Jones we have decided not to file a motion for compassionate release or a writ of habeas corpus. I am hereby withdrawing these applications on behalf of Mr. Jones. I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Sean Jones*

Cc: AUSA Justin Rodriguez (via ECF and Email)

So ordered.

/s/ Denise Cote
7/30/21

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA