**O'NEILL / HASSEN**  Attorneys at Law

December 12, 2022

<u>VIA ECF and Email</u>
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        RE: *United States v. Sean Jones,* 18 Cr. 41 (DLC)

Dear Judge Cote:

        I am writing to request that the Court re-appointment to represent Sean Jones in the above-captioned matter. The Court previously appointed me to file a compassionate release motion for Mr. Jones, and after reviewing the materials and consulting with Mr. Jones we determined that we should not file a compassionate release motion. Mr. Jones and I have remained in contact and he recently approached me regarding filing a motion to dismiss on similar grounds to that filed by Keith Outlaw, ECF Docket Number 558.

        I ask that the Court reappointment me to this case, pursuant to the Criminal Justice Act.

        Respectfully submitted,

/s/

Grainne E. O'Neill

*[Handwritten note: Ms. O'Neill is appointed to represent defendant Jones. — Denise Cote 12/12/22]*

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA